Case 1:13-cv-00145-DAK   Document 39   Filed 08/17/16   PageID.548   Page 1 of 2

Brian E Arnold, Bar No. 12019
Matthew Wadsworth, Bar No. 12268
ARNOLD WADSWORTH & COGGINS
298 24th Street Ste. 230
Ogden, UT 84401
P: (801) 475-0123
F: (800) 381-5370
E: arnold@arnoldwadsworth.com

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **NASER AWADH and STACY AWADH,**<br><br>Plaintiffs,<br><br>v.<br><br>**FARM BUREAU MUTUAL INSURANCE COMPANY,**<br><br>Defendant. | **NOTICE OF APPEAL**<br><br>Case No.: 1:13cv00145<br><br>**Judge Dale A. Kimball**<br>**Magistrate Judge Paul M. Warner** |

NOTICE IS HEREBY GIVEN that Plaintiff Naser Awadh and Plaintiff Stacy Awadh (hereinafter "Plaintiffs"), pursuant to Rule 3 of the Federal Rules of Appellate Procedure, hereby appeal to the U.S. Court of Appeals for the Tenth Circuit from the entirety of the Memorandum Decision and Order as entered on July 18, 2016 by the Judge Dale A. Kimball of the United States District Court in case number 1:13CV145DAK. As a result of the Memorandum Decision and Order, Defendant Farm Bureau Mutual Insurance Company's Motion for Summary Judgment was granted and disposed of all claims Plaintiffs' had raised against Defendant Farm Bureau.

DATED this 17th Day of August, 2016

/s/ Brian Arnold
Arnold Wadsworth & Coggins
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on this 17th Day of August, 2016, I caused to be served, via Electronic Case Filing and First Class Mail, Postage Prepaid, a true and correct copy of the Plaintiffs' Notice of Appeal on the following:

Paul Belnap
Andrew McDaniel
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, UT 84111
Attorneys for Defendant

/s/ Brian Arnold
Arnold Wadsworth & Coggins
Attorney for Plaintiffs